**No. 61693.**—Skins Trading Corp. *v.* United States, protest 310163–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of waste sheepskin scrap similar in all material respects to

that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the claim of the plaintiff was sustained.